# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS, INDIANA

| | |
|---|---|
| **CRYSTALLE FOY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. 1:18-CV-02936-JPH-MPB** |
| v. | ) |
| | ) **Judge James Patrick Hanlon** |
| **RESOLUTE ACQUISITION** | ) |
| **CORPORATION, INC.,** | ) |
| | ) **JURY DEMAND** |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties hereby jointly stipulate to the dismissal of the above-styled action and all claims asserted therein with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties will each bear their respective fees and costs in this action.

*s/ Mark W. Peters*
Mark W. Peters (TN BPR # 018422)
Kierstin Jodway (TN BPR #036063)
*Admitted Pro Hac Vice*
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
615-244-6380 (telephone)
615-244-6804 (facsimile)
Mark.Peters@wallerlaw.com
Kierstin.Jodway@wallerlaw.com

Laurie E. Martin, Attorney No. 26877-49
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
(317) 822-4400 (telephone)
(317) 822-0234 (facsimile)
lmartin@hooverhullturner.com

*Attorneys for Defendant*

*s/Amber K. Boyd*
Amber K. Boyd, Attorney at Law
8510 Evergreen Ave.
Indianapolis, IN 46240
Tel: (317) 210-3416
amber@amberboydlaw.com

*s/Robin C. Clay*
Robin C. Clay
Curlin & Clay Law, Assn of Attnys
8510 Evergreen Ave.
Indianapolis, IN 46240
Tel: (317) 202-0301
Fax: (317) 282-0688
rclay@curlinclaylaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I have served a true and correct copy of the foregoing was filed on this the 15th day of April 2022 via the Court's electronic filing system. All registered ECF users will receive a copy.

*s/Robin C. Clay*
Robin C. Clay

2