The Court acknowledges the Joint Stipulation of Dismissal, dkt. 79. JPH, 4/18/2022 Distribution via ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| CRYSTALLE FOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:18-CV-02936-JPH-MPB |
| v. | ) |
| | ) Judge James Patrick Hanlon |
| RESOLUTE ACQUISITION | ) |
| CORPORATION, INC., | ) |
| | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties hereby jointly stipulate to the dismissal of the above-styled action and all claims asserted therein with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties will each bear their respective fees and costs in this action.

*s/ Mark W. Peters*
Mark W. Peters (TN BPR # 018422)
Kierstin Jodway (TN BPR #036063)
*Admitted Pro Hac Vice*
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
615-244-6380 (telephone)
615-244-6804 (facsimile)
Mark.Peters@wallerlaw.com
Kierstin.Jodway@wallerlaw.com

Laurie E. Martin, Attorney No. 26877-49
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
(317) 822-4400 (telephone)
(317) 822-0234 (facsimile)
lmartin@hooverhullturner.com